```
LAWRENCE D. MILLER SBN 77448
1200 Sixth Avenue, Suite 300
Belmont, CA 94002                              CLOSED
Telephone: (650) 592-9151
Facsimile: (650) 594-4914

TANIA L. WHITELEATHER SBN 141227
Law Offices of Tania L. Whiteleather
5445 E. Del Amo Blvd. Ste 207
Lakewood, CA 90712
Telephone: (562) 866-8755
Facsimile: (562) 866-6875
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY CHEAK and JACK CHEAK, the parents of Aaron Cheak, <br><br> Plaintiffs, <br><br> v. <br><br> LONG BEACH UNIFIED SCHOOL DISTRICT, A Local Educational Agency, <br><br> Defendant. | Case No. CV 05-05642 DDP (JTLx) <br><br> FINAL JUDGMENT |

This action came on for hearing before the Court on June 13, 2007, and again on January 28, 2008, the Honorable Dean D. Pregerson, District Court Judge, presiding, on Plaintiffs' and Defendant's motions for summary judgment, and the evidence presented having been full considered, the issues having been duly heard and a decision having been duly rendered,

1

   IT IS ORDERED AND ADJUDGED that Plaintiffs recover $ 7,555.00 from Defendant, Long Beach Unified School District.

   IT IS FURTHER ORDERED that Plaintiffs recover their attorney's fees in the sum of $ 9,603.30 and costs in the sum of $ 245.00 from Defendant, Long Beach Unified School District.

Dated: _June 23, 2008_____

                              _____
                              DEAN D. PREGERSON
                              United States District Court Judge

PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

    I am over the age of eighteen years and not a party to the within action.  My business address is 5445 E. Del Amo Blvd., Ste 207, Lakewood, CA 90712.

    On June 6, 2008, I served the within

JUDGMENT ON MOTION FOR SUMMARY JUDGMENT

    in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail or by Federal Express, at Long Beach, California addressed as follows:

    MARLON C. WADLINGTON
Atkinson, Andelson, Loya, Ruud & Romo
17871 Park Center Dr. Ste 200
Cerritos, CA 90703

    Executed on June 6, 2008 under penalty of perjury under the laws of the State of California.

```
              _____/S/_____
                    PATTI SCHIFFNER
```